# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| MITCHELL MOORE, JR., <br> Register No. 519368, <br><br> Plaintiff, <br><br> v. <br><br> E. CONLEY, D.O., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 06-4164-CV-C-SOW |

## ORDER

On January 18, 2007, the United States Magistrate Judge recommended that defendant Melody Griffin's motion to dismiss be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on February 9, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 18, 2007, is adopted. [49] It is further

ORDERED that defendant Griffin's motion to dismiss is granted and plaintiff's claims against defendant Griffin are dismissed for failure to state a claim. [14]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: April 9, 2007